UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTISLA BEST,<br><br>                         Plaintiff,<br><br>        -against-<br><br>NATASHA GODBY,<br><br>                        Defendant. | 23cv9042 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 5, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 10, 2024
            New York, New York

                                                 /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge